UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HUB GROUP, INC.,

        Plaintiff,

- against -

SPL GROUP, INC.,

        Defendant.

---

23-cv-8728 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by **February 1, 2024**.

SO ORDERED.

Dated:    New York, New York
           January 17, 2024

                                      John G. Koeltl
                             United States District Judge