UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HUB GROUP,

                Plaintiff(s)

        -against-

SPL GROUP,

                Defendant(s).
-------------------------------------------------------------X

                23 civ 8728 (JGK)

### ORDER

The parties, having until February 1, 2024 to submit a Rule 26(f) statement,

The conference scheduled for January 30, 2024 is canceled.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      January 24, 2024