UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HUB GROUP, INC.,

                      Plaintiff,

       - against -

SPL GROUP, INC.,

                      Defendant.
-------------------------------------------------------------X

**23 Civ. 8728 (JGK) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

Due to Defendant's filing of a timely Amended Answer and Counterclaim on May 6, 2024 (Dkt. No. 39), and Plaintiff's May 28, 2024 Answer and Motion to Strike Defendant's Fourth Affirmative Defense in response (*see* Dkt. Nos. 41-42), Defendant's January 16, 2024 pleading (Dkt. No. 19) is no longer operative. *See Tripathy v. McClowski*, No. 21-2094, 2022 WL 2069228, at *2 (2d Cir. June 9, 2022) (summary order) (citing 6 C. Wright & A. Miller, Federal Practice and Procedure § 1476 (3d ed.) ("Once an amended pleading is interposed, the original pleading no longer performs any function in the case . . . .")); *see also Silk v. HCMC Legal, Inc.*, No. 20 Civ. 10389 (KPF), 2021 WL 735348, at *1 (S.D.N.Y. Feb. 24, 2021) ("The Court agrees with Defendants that their original Answers were superseded by the subsequent filing of their Amended Answers."). Therefore, Plaintiff's April 8, 2024 motions for a more definite statement and to strike six of Defendant's affirmative defenses (Dkt. Nos. 30 and 31), are **DENIED as MOOT**.

The Clerk of Court is respectfully directed to close the open motions at Docket Numbers 30 and 31.

**SO ORDERED.**

DATED:   New York, New York
         May 31, 2024

_____
GARY STEIN
United States Magistrate Judge