UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

HUB GROUP, INC.,

                    Plaintiff,

        - against -

SPL GROUP, INC.,

                    Defendant.
_____

23-cv-8728 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    As discussed at the telephone conference held earlier today,
the time to file any application to reopen this case is extended
to **March 14, 2025.**

SO ORDERED.

Dated:    New York, New York
          February 5, 2025

                                    John G. Koeltl
                              United States District Judge