```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

HUB GROUP, INC.,

                **Plaintiff,**

   - against -

SPL GROUP, INC.,

                **Defendant.**

23-cv-8728 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

    As discussed during the telephone conference held today, the parties are directed to provide the Court with any additional information regarding their proposed settlement agreement by letter on or before **October 10, 2025**. The parties' letter may address, among other things, whether they intend to move to dismiss all claims and counterclaims before the Court and whether a remand to the United States Trademark Trial and Appeal Board (TTAB) is appropriate so that they may request that the TTAB vacate its judgment. See, e.g., Frechtman v. Waymouth Farms, Inc., 313 F. App'x 325, 325 (Fed. Cir. 2008) (granting joint motion following settlement agreement to remand "so that [the parties] may request that the TTAB vacate its judgment"); Glen Raven, Inc.

v. Amerinova Properties, LLC, No. 13-cv-2278, 2014 WL 12493193 (S.D. Cal. July 29, 2014).

**SO ORDERED.**

**Dated:**   **New York, New York**
            **September 18, 2025**

_____
John G. Koeltl
United States District Judge