UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HUB GROUP, INC,

           Plaintiff,

    - against -

SPL GROUP, INC,

           Defendant.

23-cv-8728 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear by phone for a conference on **Tuesday, October 21, 2025, at 3:00 p.m.** The parties should be prepared to discuss whether the Court should remand the entire proceeding to Trademark Trial and Appeal Board ("TTAB") or should instead dismiss the parties' claims and counterclaims without prejudice and remand the action to the TTAB for the limited purpose of allowing the parties to request vacatur.

    Dial-in: 646-453-4442, with access code 67527833#.

**SO ORDERED.**

Dated:    New York, New York
            October 15, 2025

                                                  John G. Koeltl
                                      United States District Judge