UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HUB GROUP, INC,

                Plaintiff,

   - against -

SPL GROUP, INC,

                Defendant.

23-cv-8728 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

As discussed during the telephone conference held today, the parties' joint motion to remand their joint motion for judgment (ECF No. 77) to the United States Trademark Trial and Appeal Board ("TTAB") so that they may request that the TTAB vacate its earlier decision is **granted**. All deadlines in this case are **stayed** until fourteen days after the TTAB's decision on the parties' anticipated motion to vacate.

SO ORDERED.

Dated:   New York, New York
          October 21, 2025

                                          John G. Koeltl
                                   United States District Judge