IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

HUB GROUP, INC., )
) 
) Civil Action No. 1:23-CV-08728 (JGK)
Plaintiff, )
)
v. )
)
SPL GROUP, INC., )
)
Defendant. )

## [PROPOSED] ORDER

Having heard the parties' Joint Motion to Remand to TTAB and Stipulation of Dismissal of Civil Action with Prejudice, IT IS HEREBY ORDERED THAT:

1. Each and every of Hub Group's and SPL's claims and counterclaims in this civil action are dismissed with prejudice.

2. The matter is remanded to the U.S. Trademark Trial and Appeal Board so that it may give effect to its March 17, 2026 Order.

3. Each Party will bear its own costs and attorneys' fees.

SO ORDERED,

This _2_ day of _April_, _2026_.

_____
6. Koelo
U.S.D.J